NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TITUS D. MILBURN, SR.,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7043

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 09-2608, Chief Judge Bruce E. Kasold.

---

## ON MOTION

---

## ORDER

Titus D. Milburn, Sr. moves for a 60-day extension of time to file his brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. Titus D. Milburn, Sr.'s brief is due April 8, 2011.

FOR THE COURT

FEB 2 4 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Eva I. Guerra, Esq.
    Vincent D. Phillips, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 2 4 2011

JAN HORBALY
CLERK